

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00926-CV

**IN RE** Bertha Bermea **SANCHEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: February 13, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On December 5, 2018, relator filed a petition for writ of mandamus. The real party in interest filed a response, to which relator replied. After considering the petition, response, and reply, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 15-01-30519-MCVAJA, styled *Marisol Perez Sotello v. Bertha Bermea Sanchez*, pending in the 365th Judicial District Court, Maverick County, Texas, the Honorable Amado J. Abascal, III presiding.